**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| RAMIREZ, NAZARIO | ) | |
| | ) | CASE NO. 05-34110 |
| | ) | |
| | ) | JUDGE MANUEL BARBOSA |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At: U.S. BANKRUPTCY COURT
   Kane County Courthouse
   100 S. 3rd Street, Room 140
   Geneva, IL  60134

   On: **November 1, 2007**
   At: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                              $       20,030.62

   b. Disbursements                         $            0.00

   c. Net Cash Available for Distribution   $       20,030.62

4. Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| JOSEPH R. VOILAND Trustee | $ | $  2,753.06 | $ |
| JOSEPH R. VOILAND Trustee | $ | $ | $   771.89 |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $<u>0.00</u> must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6. Claims of general unsecured creditors totaling $<u>886,091.82</u>, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $<u>1.86</u>%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 2 | Directech Solutions, Inc. | $ 875,000.00 | $ 16,299.05 |
| 3 | Vistana Development, Inc. | $ 7,663.82 | $ 142.76 |
| 4 | World Financial Network National Bank | $ 3,428.00 | $ 63.86 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

Real Estate (39 W 553 Schoolhouse Lane, Geneva, IL) - $370,000.00; Time Share (Vistana Resort) - $14,000.00; Checking Account (Bank One) - $300.00; Household Goods - $2,250.00; Wearing Apparel - $300.00; Wedding Ring - $150.00; Insurance Policy (Allstate) - $1,900.00; Wage Claim (Directech Solutions, Inc.) - $86,000.00; 1999 Oldsmobile Alero - $2,500.00.

The Trustee seeks abandonment of said assets because they are subject to Debtor's valid claim of exemption and/or a duly perfected lien and are of inconsequential value to the estate.

Dated:   **October 9, 2007**                    For the Court,

By: **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL  60604

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

Case 05-34110   Doc 43   Filed 10/09/07   Entered 10/12/07 00:06:16   Desc Imaged
                         Certificate of Service   Page 4 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7              Page 1 of 1              Date Rcvd: Oct 09, 2007
Case: 05-34110                Form ID: pdf002          Total Served: 14

The following entities were served by first class mail on Oct 11, 2007.
db         +Nazario Ramirez,    39 W 553 Schoolhouse Ln,    Geneva, IL 60134-6022
aty        +Michael J Davis,    Springer, Brown, Covey, Gaertner, &Davis,    400 S. County Farm Road,
             Suite 330,    Wheaton, IL 60187-4547
tr         +Joseph Voiland,    Joseph R. Voiland,    1625 Wing Road,    Yorkville, IL 60560-9263
9738417    +Citibank,    Po Box 6241,    Sioux Falls, SD 57117-6241
9880377     Directech Solutions,    c/o Mathys and Schbeid,    1730 Park St St 224,    Naperville IL 60563
11341744   +Directech Solutions, Inc,    c/o Statman Harris & Eyrich, LLC,    200 W. Madison, Suite 3820,
             Chicago, IL 60606-3465
9738418    +Household Bank/Rhodes Furn,    Po Box 15519,    Wilmington, DE 19850-5519
9738419    +Hsbc/Harlm,    2700 Sanders Rd,    Prospect Heights, IL 60070-2701
9738420    +Starwood Vacation Ownership,    9002 San Marco Ct.,    Orlando, FL 32819-8600
9738421    +Tcf Banking & Savings,    801 Marquette Ave,    Minneapolis, MN 55402-3475
9738424    +Union National Bank,    101 E. Chicago,    Elgin, IL 60120-6466
11424853   +Vistana Development, Inc.,    C/O Lowndes, Drosdick, Doster, et al,    Att: Valerie N. Brown,
             215 N. Eola Drive,    Orlando, FL 32801-2028
9738425    +Wfnnb/Harlem Furniture,    Po Box 2974,    Shawnee Mission, KS 66201-1374
11474968    World Financial Network National Bank,    c/o Weinstein & Riley, P.S.,    PO Box 3978,
             Seattle, WA 98124-3978

The following entities were served by electronic transmission.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9738423      tra
9880378*    +Household Bank/Rhodes Furn,    POB 15519,    Wilmington DE 19850-5519
9738422*    +Tcf Banking & Savings,    801 Marquette Ave,    Minneapolis, MN 55402-3475
9880425*    +Union National Bank,    101 E Chicago,    Elgin IL 60120-6466
9880426*    +WFNNB/Harlem Furniture,    POB 2974,    Shawnee Mission KS 66201-1374
                                                                                              TOTALS: 1, * 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Oct 11, 2007**                      **Signature:** *Joseph Speetjens*